BRYAN SCHRODER
United States Attorney

ANDREA T. STEWARD
WILLIAM TAYLOR
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: aunnie.steward@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>   vs.<br><br>ANGIE ANN MINNICK,<br><br>                       Defendant. | No.<br><br>COUNTS 1-3:<br>POSSESSION OF STOLEN MAIL<br>  Vio. of 18 U.S.C. § 1708<br><br>COUNTS 4, 5:<br>POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>  Vio. of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B) and (C) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT 1:
### POSSESSION OF STOLEN MAIL

1.      On or about September 7, 2017, in the District of Alaska, the defendant, ANGIE ANN MINNICK, did receive and unlawfully have in her possession articles, that

had been stolen, taken, and abstracted from a letter box or mail receptacle, that was an authorized depository for mail matter, knowing these articles to have been stolen.

All in violation of Title 18, United States Code, Section 1708.

## COUNT 2:
## POSSESSION OF STOLEN MAIL

2.      On or about September 20, 2017, in the District of Alaska, the defendant, ANGIE ANN MINNICK, did receive and unlawfully have in her possession articles, that had been stolen, taken, and abstracted from a letter box or mail receptacle, that was an authorized depository for mail matter, knowing these articles to have been stolen.

All in violation of Title 18, United States Code, Section 1708.

## COUNT 3:
## POSSESSION OF STOLEN MAIL

3.      On or about September 27, 2017, in the District of Alaska, the defendant, ANGIE ANN MINNICK, did receive and unlawfully have in her possession articles, that had been stolen, taken, and abstracted from a letter box or mail receptacle, that was an authorized depository for mail matter, knowing these articles to have been stolen.

All in violation of Title 18, United States Code, Section 1708.

## COUNT 4:
### POSSESSION OF NARCOTICS WITH INTENT TO DISTRIBUTE

4.      On or about September 7, 2017, within the District of Alaska, the defendant, ANGIE ANN MINNICK, did possess with intent to distribute a mixture and substance containing methamphetamine.

All of which is in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT 5:

## POSSESSION OF NARCOTICS WITH INTENT TO DISTRIBUTE

On or about September 27, 2017, within the District of Alaska, the defendant, ANGIE ANN MINNICK, did possess with intent to distribute heroin and 5 grams or more of actual methamphetamine.

All of which is in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B) and (C).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Andrea T. Steward
ANDREA T. STEWARD
WILLIAM TAYLOR
United States of America
Assistant U.S. Attorney


s/ Bryan Wilson for
BRYAN SCHRODER
United States of America
United States Attorney


DATE: 12/13/17